# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ARASH ESMAILZADEGAN,** an individual, **DAVID SILVA,** an individual,
**TRACEY MONAHAN,** an individual, **NAZAIRE FONTIA,** an individual,
and **JUDITH LaFOUNTAIN,** an individual,
Appellants,

v.

**VENTURA GREENS AT EMERALD DUNES CONDOMINIUM
ASSOCIATION, INC.,** a Florida non-profit corporation,
**CORY KRAVIT,** an individual, and **KRAVIT LAW, P.A.,**
a Florida corporation,
Appellee.

No. 4D22-2068

[May 4, 2023]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth
Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T.
Case No. 50-2018-CA-014958-XXXX-MB.

Geoffrey D. Ittleman of Geoffrey D. Ittleman, P.A., Fort Lauderdale,
Omid Esmailzadegan of Omid John, P.A., Fort Lauderdale, and Nichole J.
Segal of Burlington & Rockenbach, P.A., West Palm Beach, for appellants.

Bruce S. Liebman and Kevin P. Yombor of Kaufman, Dolowich &
Voluck, LLP, Fort Lauderdale, for appellee Ventura Greens at Emerald
Dunes Condominium Association.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***